MEYERS, SECRETARY OF STATE OF WASH-
INGTON, *v.* THIGPEN ET AL.

No. 381.   Decided June 22, 1964.

*John J. O'Connell,* Attorney General of Washington,
*Philip H. Austin,* Assistant Attorney General, and *Lyle
L. Iversen,* Special Assistant Attorney General, for
appellant.

*Vincent H. D. Abbey, Myron L. Borawick* and *Stimson
Bullitt* for appellees.

PER CURIAM.

The judgment below is affirmed on the merits, insofar
as it relates to the apportionment of seats in the Washing-
ton Legislature.  *Reynolds* v. *Sims,* 377 U. S. 533.  The
case is remanded for further proceedings, with respect to
relief, consistent with the views stated in our opinions in
*Reynolds* v. *Sims* and in the other cases relating to state
legislative apportionment decided along with *Reynolds.*
Since no question relating to the correctness of that part
of the decision below holding valid the scheme of con-
gressional districting in the State of Washington is pre-
sented in this appeal, we do not consider or pass upon
that issue.

Mr. JUSTICE CLARK would affirm on the grounds stated
in his opinion in *Reynolds* v. *Sims,* 377 U. S. 533, 587.

MR. JUSTICE STEWART would remand for further proceedings consistent with the views expressed in his dissenting opinion in *Lucas* v. *Forty-Fourth General Assembly of Colorado,* 377 U. S. 713, 744.

MR. JUSTICE HARLAN dissents for the reasons stated in his dissenting opinion in *Reynolds* v. *Sims,* 377 U. S. 533, 589.